# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00188-CV

**Sigifredo Guzman, Appellant**

**v.**

**Elsa Ramos, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-07-008093, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In this restricted appeal from a no-answer default judgment, Sigifredo Guzman and Elsa Ramos have filed a Joint Motion to Vacate Trial Court Judgment. We grant the motion, vacate the judgment, and remand to the trial court for further proceedings.

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Vacated and Remanded on Joint Motion

Filed:   January 23, 2009